IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **XEROX CORPORATION**<br>45 Glover Avenue<br>Norwalk, CT 06856 | * <br><br>* | <br><br>Civil Action No.: |
| Plaintiff<br>vs. | * | |
| **JS ENTERPRISES OF MARYLAND<br>   LLC**<br>4004 Violets Lock Court<br>Point of Rocks, MD 21777 | *<br><br>*<br><br>* | Electronically Filed |
| Serve on:  James Stefanic<br>            4004 Violets Lock Court<br>            Point of Rocks, MD 21777 | *<br><br>* | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Plaintiff, Xerox Corporation, by and through its undersigned counsel, files this Complaint against the Defendant, JS Enterprises of Maryland LLC, and avers as follows:

### PARTIES

1. The Plaintiff, Xerox Corporation (hereinafter "Xerox"), is a New York corporation with its principal place of business located at 45 Glover Avenue, Norwalk, Connecticut 06856.

2. The Defendant, JS Enterprises of Maryland LLC (hereinafter "JS Enterprises"), is a Maryland limited liability company with its principal place of business located at 110 N. Washington Street, Rockville, Maryland 20850.

### JURISDICTION

3. Jurisdiction is predicated upon 28 U.S.C. §1332.

4. The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of $75,000.00.

## BREACH OF CONTRACT

5. On November 18, 2011, Xerox and JS Enterprises entered into a Lease Agreement whereby JS Enterprises leased two pieces of equipment for a term of 60 months.

6. On March 12, 2012, Xerox and JS Enterprises entered into a second Lease Agreement whereby JS Enterprises leased an additional machine for a term of 60 months.

7. Xerox provided JS Enterprises with all equipment and services required under the Leases with JS Enterprises after which Xerox sent invoices to JS Enterprises for the periodic payments due under the Leases. See invoices attached as Exhibit 1.

8. The terms of the invoices required payment no later than 30 days after each invoice date.

9. Beginning in June, 2012, JS Enterprises first defaulted of its obligations to Xerox under the terms of the Lease Agreements dated November 18, 2011 and March 12, 2012 (the "Leases").

10. JS Enterprises is in default under the terms and conditions of the Leases for, among other reasons, its failure to make the payments due thereunder when due, despite due demand for same. The last payment made by JS Enterprises was a partial payment on February 7, 2013. As a result of the default, the balances due under the Leases have been accelerated.

11. As stated in Exhibit 2, which is attached hereto and incorporated herein, JS Enterprises is indebted to Xerox in the amount of $89,537.66, for accrued and accruing interest, attorneys' fees and court costs.

WHEREFORE, the Plaintiff, Xerox Corporation, demands judgment against the Defendant, JS Enterprises of Maryland LLC, in the principal amount of $89,537.66, plus interest, attorneys' fees, court costs and such other and further relief as the nature of Plaintiff's cause requires.

/s/ Donald J. Walsh, Esquire
Offit Kurman, P.A., Federal ID #09384
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
(443) 738-1583
(443) 738-1535 FAX
dwalsh@offitkurman.com
Attorneys for Plaintiff

4836-0209-0772, v. 1